# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| $32,770.03, MORE OR LESS, SEIZED | ) | |
| FROM GUITAR CENTER | ) | **A12CV0140 SS** |
| ACCOUNT # XXXXXX0469 FOR THE | ) | |
| PURCHASE OF GOODS IN THE | ) | |
| NAME OF ROOFTOP PRODUCTIONS, | ) | |
| a.k.a. BENJAMIN STEINER AND | ) | |
| LARRY HACKNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| 77 ASSORTED PIECES OF AUDIO | ) | |
| RECORDING EQUIPMENT AND | ) | |
| ACCESSORIES, MORE OR LESS, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

1.      On _____**FEB 1 4 2012**_____, a Verified Complaint for Forfeiture *in rem* was

filed in this Court by the United States Attorney for the Western District of Texas and Assistant

United States Attorney Jennifer S. Freel, against the below-described properties, which are also

specifically described in the Verified Complaint for Forfeiture, for violations of 31 U.S.C.

§ 5324(a)(1) and (a)(3), and subject to forfeiture to the United States pursuant to 31 U.S.C.

§ 5317(c)(2), namely:

1.      $32,770.03, More or Less, Seized From Guitar Center Account # XXXXXX0469 in
the Name of Rooftop Productions, a.k.a. Benjamin Steiner and Larry Hackney;
2.      One (1) Avalon AD2022 Dual Mono Microphone Preamplifier;

**APPENDIX A**

3.      Two (2) Shure SM58 Mics;

4.      Four (4) Shure SM57 Instrument/Vocal Mics;

5.      One (1) Shure Beta 52A Kick Drum Mic;

6.      Three (3) Sennheiser MD421 II Microphones;

7.      One (1) Sennheiser E604 Drum Microphones, 3-Pack;

8.      One (1) AKG D112 Kick Drum Microphone;

9.      One (1) Neumann U87 Ai Shockmount Set Z Microphone With Box;

10.     Two (2) Live Wire Advantage Series ¼" Straight Instrument Cables (18 Foot 6 inches);

11.     Two (2) Live Wire Advantage Series ¼" Angled-Straight Instrument Cables (18 Foot 6 inches);

12.     Two (2) Hoss 7-Pin Phantom MIDI Cables;

13.     Two (2) O-Tray Microphone Stand Tray and Drink Holders;

14.     One (1) Neumann TLM 49 Condenser Studio Microphone;

15.     Twenty (20) Live Wire Advantage Standard EXM Series Microphone Cables (25 Foot);

16.     Four (4) Live Wire MIDI Cables (Black 15 Foot);

17.     Two (2) DR Pro DR Pro DR256 M S1500BK Low Profile Mic Boom Stands;

18.     Four (4) DR Pro Tripod Mic Boom Stands with Telescoping Boom;

19.     Three (3) KRK VXT 8 Powered Studio Monitors;

20.     Two (2) Neumann KM 184 Small Diaphragm Condenser Microphones (Matte Black);

21.     Two (2) KRK Expose E8B Power Monitors;

22.     Three (3) Aviom A -16II Personal Mixers (Aviom Blue);

23.     One (1) Aviom Single Starter System;

24.     Four (4) Live Wire Solutions ADI Active DI Direct Boxes;

25.     One (1) Rupert Neve Design Portico 5012 Duo Mic Preamp;

26.     One (1) M-Audio Studio BX5a Deluxe Active Monitor;

27.     One (1) Furman Pl-Pro DMC Power Conditioner;

28.     One (1) Digidesign M Box 2 Educational;

29.     Two (2) AKG C 414 XL II Condenser Microphones;

30.     One (1) Primacoustic VoxGuard Microphone Isolation Panel; and

31.     Two (2) Propellerhead Reason 6;

hereinafter, collectively referred to as the "Respondent Properties."

2.      Pursuant to Supplemental Rule G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Properties. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the

Respondent Properties who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below) , or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the Court, 200 West 8th Street, Austin, Texas 78701, and copies of each must be served upon Assistant United States Attorney Jennifer S. Freel, 816 Congress Avenue, Suite 1000, Austin, Texas 78701, or default and forfeiture will be ordered. *See* 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE SENT:** _____.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By: _____

Jennifer S. Freel
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5855
Texas State Bar No. 24051327

3