UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. |
| $32,770.03, MORE OR LESS, SEIZED FROM GUITAR CENTER ACCOUNT # XXXXXX0469 FOR THE PURCHASE OF GOODS IN THE NAME OF ROOFTOP PRODUCTIONS, a.k.a. BENJAMIN STEINER AND LARRY HACKNEY | ) **A12CV0140 SS** |
| and | ) |
| 77 ASSORTED PIECES OF AUDIO RECORDING EQUIPMENT AND ACCESSORIES, MORE OR LESS, | ) |
| Respondents. | ) |

**WARRANT FOR THE ARREST OF PROPERTY**

**TO THE UNITED STATES SECRET SERVICE OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS, a Verified Complaint for Forfeiture *in rem* was filed on ___FEB 14 2012___,

against the following properties:

1. $32,770.03, More or Less, Seized From Guitar Center Account # XXXXXX0469 in the Name of Rooftop Productions, a.k.a. Benjamin Steiner and Larry Hackney;
2. One (1) Avalon AD2022 Dual Mono Microphone Preamplifier;
3. Two (2) Shure SM58 Mics;
4. Four (4) Shure SM57 Instrument/Vocal Mics;
5. One (1) Shure Beta 52A Kick Drum Mic;
6. Three (3) Sennheiser MD421 II Microphones;
7. One (1) Sennheiser E604 Drum Microphones, 3-Pack;
8. One (1) AKG D112 Kick Drum Microphone;

9. One (1) Neumann U87 Ai Shockmount Set Z Microphone With Box;
10. Two (2) Live Wire Advantage Series ¼" Straight Instrument Cables (18 Foot 6 inches);
11. Two (2) Live Wire Advantage Series ¼" Angled-Straight Instrument Cables (18 Foot 6 inches);
12. Two (2) Hoss 7-Pin Phantom MIDI Cables;
13. Two (2) O-Tray Microphone Stand Tray and Drink Holders;
14. One (1) Neumann TLM 49 Condenser Studio Microphone;
15. Twenty (20) Live Wire Advantage Standard EXM Series Microphone Cables (25 Foot);
16. Four (4) Live Wire MIDI Cables (Black 15 Foot);
17. Two (2) DR Pro DR Pro DR256 M S1500BK Low Profile Mic Boom Stands;
18. Four (4) DR Pro Tripod Mic Boom Stands with Telescoping Boom;
19. Three (3) KRK VXT 8 Powered Studio Monitors;
20. Two (2) Neumann KM 184 Small Diaphragm Condenser Microphones (Matte Black);
21. Two (2) KRK Expose E8B Power Monitors;
22. Three (3) Aviom A -16II Personal Mixers (Aviom Blue);
23. One (1) Aviom Single Starter System;
24. Four (4) Live Wire Solutions ADI Active DI Direct Boxes;
25. One (1) Rupert Neve Design Portico 5012 Duo Mic Preamp;
26. One (1) M-Audio Studio BX5a Deluxe Active Monitor;
27. One (1) Furman Pl-Pro DMC Power Conditioner;
28. One (1) Digidesign M Box 2 Educational;
29. Two (2) AKG C 414 XL II Condenser Microphones;
30. One (1) Primacoustic VoxGuard Microphone Isolation Panel; and
31. Two (2) Propellerhead Reason 6;

hereinafter, collectively referred to as the "Respondent Properties," alleging that the Respondent Properties are subject to forfeiture to the United States of America pursuant to 31 U.S.C. § 5317(c)(2) for violations of 31 U.S.C. § 5324(a)(1) and (a)(3), and

WHEREAS, an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Properties be issued as prayed for by Petitioner United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Respondent Properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Properties are presently found, and to use whatever means may be

appropriate to protect and maintain the Respondent Properties in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Properties and to make a return as provided by law.

        SIGNED this _____ day of _____, 2012.

                              WILLIAM G. PUTNICKI
                              United States District Clerk
                              Western District of Texas

                      By: _____
                          Deputy